UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **CHARLES HARBOUR** | : | Case No. 6:14-cv-01330-DNH-TWD |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **IC SYSTEMS, INC.** | : | |
| **Defendant** | : | |
| _____ | : | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, CHARLES HARBOUR, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against IC SYSTEMS, INC., with prejudice. Each party is responsible for their own attorney's fees.

BY: _/s/Brent F. Vullings_
Brent F. Vullings, Esq.
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060